IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

                    Plaintiff,

    v.

D.K. SISTO, et al.,

                    Defendants.

No. 2:08-cv-01209-GGH

**ORDER GRANTING THIRTY-DAY EXTENSION TO FILE DEFENDANTS' RESPONSIVE PLEADING TO THE COMPLAINT**

Defendants Sisto, Stiles, Brumfield, Grannis, Ward, Aliscad, Pfandler, and Nasir move this Court ex parte, under Local Rule 6-144(c), for a thirty-day extension to file their responsive pleading to the Complaint. Good cause appearing,

IT IS ORDERED that Defendants' application is granted. Defendants shall file their responsive pleading on or before November 17, 2008.

IT IS SO ORDERED.

Dated: 10/22/08        /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

saif1209.eot